UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 05/01 WDNY

SEP - 7 2010

SHARON MCNAMEE
304 GIBSON STREET
CANANDAIGUA, NY 14424
Name(s) of Plaintiff or Plaintiffs

Jury Trial Demanded: Yes____ No____

-vs-

STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134
Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**

_____-CV-_____

**10 CV 6509**

---

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

   **NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

   **NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

   **NOTE**: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

1. My address is: 304 GIBSON STREET
   CANANDAIGUA, NY 14424

   My telephone number is: 585 474 7437

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: __STARBUCKS COFFEE COMPANY__
   Number of employees: __500 or MORE__
   Address: __2401 UTAH AVENUE SOUTH__
   __SEATTLE, WA 98134__

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: __SAME AS ABOVE__
   Address: ____

4. I was first employed by the defendant on (date): __12/27/04__

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: ____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): __AUGUST 27, 2010__

7. I believe that the defendant(s)

   a. ____ Are still committing these acts against me.
   b. ✓ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) __AUGUST 27, 2010 TERMINATED__

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is

   ____
   (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): ____

2

The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____OCTOBER 22, 2009_____

11. The Equal Employment Opportunity Commission (did) ✓ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____JUNE 10, 2010_____. (**NOTE:** If it **did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. ✓ Termination of my employment

   d. _____ Failure to promote me

   e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. _____ Harassment on the basis of my sex

   g. _____ Harassment on the basis of unequal terms and conditions of my employment

   h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

   i. _____ Retaliation because I complained about discrimination or harassment directed toward others

   j. _____ Other actions (please describe) _____

3

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. \_\_\_\_\_ Race
   b. \_\_\_\_\_ Color
   c. ✓ Sex
   d. \_\_\_\_\_ Religion
   e. \_\_\_\_\_ National Origin
   f. \_\_\_\_\_ Sexual Harassment
   g. ✓ Age
   JULY 24, 1964 Date of birth
   h. \_\_\_\_ Disability
   Are you incorrectly perceived as being disabled by your employer?
   \_\_\_ yes \_\_\_ no

15. I believe that (I was) ✓ /was not \_\_\_\_\_ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are \_\_\_\_\_ is not/(are not) \_\_\_\_\_ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: ON 8/27/10 I WAS TERMINATED

17. A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (**NOTE:** You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
   \_\_\_\_ **has not** issued a Right to sue letter
   ✓ **has** issued a Right to sue letter, which I received on JUNE 10, 2010

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

   SEE ATTACHED

4

FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
   __✓__ 60 days or more have elapsed   _____ less than 60 days have elapsed

FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

WHEREFORE, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 9/7/10                    _Sharon McNamee_
                                      Plaintiff's Signature

United States District Court
Western District of New York

Sharon McNamee
(Plantiff)

v.

Starbucks Coffee Company
(Defendant)

Discrimination Complaint                                      Page 5 continued
   19. State the facts of your case....

On Friday, August 27, 2010 Starbucks terminated my employment with the company. The reason stated: "Starbucks can no longer reasonable accommodate your continued absence from work." Starbucks continuously approved my leave of absence requests from September 11, 2009 until June 25, 2010. It wasn't until I was finally approved to return to work on a part-time basis (20 hours/wk) with no other special accommodations that Starbucks chose to terminate me.

Starbucks currently has a store in Chili, NY that is operating without an in-house manager. Rizzo stands to gain financially by allowing that store to operate without a manager. Starbucks could have easily and reasonably accommodated my return to work at this location because I operated a store for a year only 3 miles from this location; I already have existing relationships with the employees of this store and the customers.

Starbucks made accommodations in the fall 2009 through winter 2010 for store manager Michelle Galinski (under 40) who needed special accommodations while she was pregnant.

Starbucks made accommodations in the summer of 2010 for store manager Michael Redmond (under 40) who needed special accommodations because of a back injury.



**BENEFITS & LEAVE OF ABSENCE**

P.O. Box 34067
Mail Stop S-PSS
Seattle, WA 98124-1067

August 26, 2010

*TERMINATION LETTER* (handwritten)

Sharon McNamee
304 Gibson Street
Canandaigua, NY 14424

Dear Sharon,

Starbucks has reviewed your request for a Disability Leave of Absence to begin on 6/26/2010 and end in September of 2010. After careful review of your medical condition as well as suggested accommodations, your request for leave been denied.

As you know, you have been on a continuous leave of absence which began on 11/02/2009, and was most recently approved to end on 6/25/2010. As of this date, you were on leave for over seven months. Unfortunately, Starbucks can no longer reasonably accommodate your continued absence from work.

Your manager has been notified that your request for leave has been denied. Time you have missed beyond 6/25/2010 is considered an unapproved absence. An unapproved absence may result in corrective action, up to and including termination from employment.

This decision does not impact your eligibility to receive Long-Term Disability (LTD) benefits. Please continue to work directly with Unum to maintain your eligibility.

For questions about how this decision impacts your employment with Starbucks, please contact the Partner Resources Support Center at 866-504-7368, option 5.  The PRSC is open Monday-Friday, 5 AM to 5 PM, Pacific Standard Time.

For questions regarding this denial, please contact me directly at 206-318-4680. (Toll-free: 888-796-5282, extension 84680).

Regards,

Byron Strang
benefits specialist

cc:   Starbucks Leave Administration
      Joyce Varino, partner resources manager

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Sharon Mc Namee<br>304 Gibson Street<br>Canandaigua, NY 14424 | From: Buffalo Local Office<br>6 Fountain Plaza<br>Suite 350<br>Buffalo, NY 14202 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No |
|---|---|---|
| 525-2010-00045 | David Ging, Investigator | (716) 551-3035 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John E. Thompson_ (signature)
John E. Thompson,
Local Office Director

JUN 0 8 2010
*(Date Mailed)*

Enclosures(s)

cc: Kirsten Daniels, Esq.
Attorney
LANE POWELL
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

Kimberly A. Glennon
Law Offices
P.O. Box 20032
Rochester, NY 14602

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>525-2010-00045 |
|---|---|---|

New York State Division Of Human Rights                           and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Sharon Mc Namee** | Home Phone (Incl Area Code)<br>(585) 474-7437 | Date of Birth<br>07-24-1964 |
|---|---|---|
| Street Address<br>**304 Gibson Street, Canandaigua, NY 14424** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**STARBUCKS COFFEE COMPANY** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>**2401 Utah Ave S 800, Seattle, WA 98134** | | |

| Name<br>**STARBUCKS COFFEE COMPANY** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>(617) 796-3300 |
|---|---|---|
| Street Address<br>**1 Miracle Mile Drive, Rochester, NY 14623** | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04/26/09      Latest: 08-21-2009
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 45 year old female. I began working for Respondent in 2004. My latest position is Store Manager. In or about April of 2009 the person who was my district manager at the time thwarted my attempt to bid on a posted position in Rhode Island. More recently, my current district manager has refused to facilitate a transfer and he has placed me on a performance plan. I have noticed that most of the managers in my region who suffer adverse job actions are female or over 40.

I believe that Respondent has discriminated against me because of my age and gender in willful violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967.

RECEIVED

OCT 22 2009

E.E.O.C. BULO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Oct 22, 2009        *Sharon McNamee*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |